**UNITED STATES of America, Appellant, v. A. G. BUSH.**

No. 13193.

Circuit Court of Appeals, Eighth Circuit.

Nov. 5, 1945.

Victor E. Anderson, U. S. Atty., and Linus J. Hammond, Asst. U. S. Atty., both of St. Paul, Minn., for appellant.

Briggs, Gilbert, Morton & Macartney, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs to either party in this Court, on stipulation.

**Joseph VAN FIELD v. Honorable Guy T. HELVERING, Judge, United States District Court for the District of Kansas.**

No. 3254.

Circuit Court of Appeals, Tenth Circuit.

Nov. 8, 1945.

No appearance for either party.

Before PHILLIPS, BRATTON, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Leave to appeal in forma pauperis denied.

**Ross WITT, Appellant, v. Robert H. TOPLIFF.**

No. 13154.

Circuit Court of Appeals, Eighth Circuit.

Nov. 13, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with costs on the ground that the order of said District Court complained of is not appealable, on motion of appellee.